IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., | § |
| *Plaintiff*, | § |
| v. | § CASE NO. 2:25-CV-00088-JRG-RSP |
| ASUSTEK COMPUTER, INC., | § |
| *Defendant*. | § |

# ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff Cedar Lane Technologies Inc. ("Plaintiff") and Defendant ASUSTek Computer, Inc. ("Defendant"). (Dkt. No. 21.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 27th day of June, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE